IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 04-cr-00514-EWN-13

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13.    DOESHUN DOTSON,

    Defendant.

_____

**ORDER DISMISSING COUNTS ONE AND FOUR OF THE INDICTMENT AND COUNTS ONE, FORTY FOUR, FORTY FIVE, FORTY SIX AND FORTY SEVEN OF THE SUPERSEDING INDICTMENT**

_____

Upon the motion of the United States of America and for good cause shown, it is ORDERED that Counts One and Four of the Indictment and Counts One, Forty Four, Forty Five, Forty Six and Forty Seven of the Superseding Indictment as they relate to Doeshun Dotson in the above-captioned case are hereby dismissed.

DATED this 15th day of December, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM, JUDGE
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO