IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                             Date: August 21, 2008
Therese Lindblom, Court Reporter

Criminal Action No. 04–cr–00514–EWN

*Parties:*                                             *Counsel:*

UNITED STATES OF AMERICA,                              Steven Tokarz

    Plaintiff,

v.

13.  DOESHUN DOTSON,                                   Thomas Ward

    Defendant.

---

## COURTROOM MINUTES

**Hearing on Motion for Sentencing Reduction**

**3:14 p.m.**     Court in session.

Court calls case and appearances. Defendant's presence has been excused. Mr. Ward appears by telephone.

Court's findings regarding motion for sentence reduction, #1670.

**ORDERED: 1.    The Defendant's motion for sentencing reduction (#1670, filed March 27, 2008) is DENIED.**

**ORDERED: 2.    The Government's Motion Regarding Sentencing Relief Pursuant to 18 U.S.C. § 3582 (#1714, filed May 8, 2008) is GRANTED.**

**ORDERED: 3.    The Probation Officer shall prepare an amended judgment in accordance with the court's ruling.**

**3:17 p.m.**      Court in recess.

Hearing concluded.

Total time: 00:03