# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DOESHUN DOTSON ) | Case No: 04-cr-00514-EWN-13 |
| a/k/a "Sean" ) | USM No: 33260-013 |
| Date of Previous Judgment: December 19, 2006 ) | Thomas R. Ward, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

    X DENIED.   ❒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 78 to 97 months | Amended Guideline Range: | 63 to 78 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

❒ The reduced sentence is within the amended guideline range.

❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

X Other (explain):   The defendant's sentence was capped by a statutory maximum sentence which rendered the guideline calculation moot. The statutory maximum sentence imposed on the defendant was well below the defendant's adjusted guideline calculation, rendering the adjusted guideline calculation moot.

**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated   December 19, 2006, shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: August 21, 2008 | s/ Edward W. Nottingham |
| | Judge's signature |
| Effective Date: _____ | Edward W. Nottingham, Chief U.S. District Judge |
| (if different from order date) | Printed name and title |